# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403


**REHEARING ACTION: November 21, 2018**


**Docket Number: 17   00809-CW consolidated with 17   00811-CW & 17   00812-CW**

**KHRISTY GOINS RISMILLER, TUTRIX**
**FOR DANIEL EDWARDS GOINS**
**VERSUS**
**GEMINI INSURANCE COMPANY, ET AL.**
**\*\*\*consolidated with\*\*\***
**DAVID WATTS**
**VERSUS**
**MARK GORDON, ET AL.**
**\*\*\*consolidated with\*\*\***
**SHEILA SMITH**
**VERSUS**
**GEMINI INSURANCE COMPANY, ET AL.**
**\*\*\*consolidated with\*\*\***
**SUCCESSION OF RICHARD STEWART,**
**JR., ET AL.**
**VERSUS**
**MARK ISIAH GORDON, ET AL.**

**Writ Application from Concordia Parish Case No. 49,686 c/w 49,751 c/w, 49,741 c/w 49,832**


**BEFORE JUDGES**:

    Hon. Sylvia R. Cooks
    Hon. Billy Howard Ezell
    Hon. Shannon J. Gremillion
    Hon. Phyllis M. Keaty
    Hon. John E. Conery
    Hon. D. Kent Savoie
    Hon. Van H. Kyzar


As counsel of record in the captioned case, you are hereby notified that the "Application

for Rehearing En Banc" filed by **Khristy Goins Rismiller, Tutrix for Daniel Edwards**

**Goins** and **David Watts** has this day been

    **DENIED.**
    Conery, J., would grant the rehearing.
    Savoie, J., would grant the rehearing.


cc: Micah A. Gautreaux, Counsel for  the Respondent
    Andre Collins Gaudin, Counsel for the Applicant
    Michael Joey Bernard, Counsel for the Applicant
    Timothy William Hassinger, Counsel for the Applicant

Patrick J. Schepens, Counsel for the Applicant
Virgil Russell Purvis, Jr., Counsel for the Respondent
J. Rock Palermo, III, Counsel for the Respondent
Jeremy Z. Soso, Counsel for the Respondent
Joe Meng, Counsel for the Respondent
D. Blayne Honeycutt, Counsel for the Respondent
Colt J. Fore, Counsel for the Respondent
Charles Shelby Norris, Jr., Counsel for the Respondent
Christopher J. Norris, Counsel for the Respondent